**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PRINCESS MALCOLM,

      Plaintiff,

v.                                     Case No. 6:21-cv-453-WWB-EJK

FLORIDA CAREER COLLEGE,
INTERNATIONAL EDUCATION
CORPORATION and IEC U.S.
HOLDINGS, INC.,

      Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon periodic review.  Plaintiff Princess Malcolm has failed to comply with the Court's Order (Doc. 32) of June 21, 2021, directing Plaintiff to file a report as to the status of arbitration on or before December 20, 2021, and every 180 days thereafter, until resolved.

Accordingly, it is **ORDERED** that Plaintiff Princess Malcolm, Inc. shall file a status report regarding arbitration on or before **February 27, 2023**. Failure to comply may result in dismissal or the imposition of other sanctions without further notice.

**DONE AND ORDERED** in Orlando, Florida on February 23, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties