

| Ira S. Nesenoff<br>Andrew T. Miltenberg | Barbara H. Trapasso<br>Adrienne D. Levy<br>Regina M. Federico<br>Ben Goldstein<br>Amy Zamir<br>Kristen Mohr<br>Helen Setton | Philip A. Byler<br>Diana R. Warshow<br>Kara L. Gorycki<br>Susan E. Stark<br>Janine L. Peress<br>*Senior Litigation Counsel* |
|---|---|---|
| Stuart Bernstein<br>Tara J. Davis<br>Gabrielle M. Vinci | | Marybeth Sydor<br>*Title IX Consultant* |

**ATTORNEYS AT LAW**
**nmllplaw.com**

February 27, 2023

**VIA ELECTRONIC FILING**
Hon. Judge Wendy W. Berger
United States District Court for the
Middle District of Florida (Orlando)
401 West Central Boulevard
Orlando, Florida 32801

      Re:    *Princess Malcolm v. Florida Career College, et. al.;* Case No. 21-00453
              Status Report on Arbitration

Dear Your Honor:

Please be advised, the undersigned is counsel to Plaintiff Princess Malcolm ("Plaintiff") in the above-referenced matter. Pursuant to Your Honor's February 23, 2023 Order, the undersigned respectfully submits this letter to advise the court of the status of the arbitration of the above referenced case.

Plaintiff has filed and served a demand for arbitration with the American Arbitration Association ("AAA") pursuant to the parties' arbitration agreement. With all parties consent, AAA has held the arbitration in abeyance, with the option to reopen on or before September 20, 2023. During the stay of the arbitration, counsel for the parties have continued to discuss the possibility of resolution without further litigation.

The undersigned counsel remains available should Your Honor have any questions or concerns.

Thank you.

                                                  **Very truly yours,**

                                                  **STEPHEN E. BAILEY, P.A.**

                                                  **By:** /s/ Jared T. Bailey
                                                     **Jared T. Bailey, Esq.**



    -and-

    NESENOFF & MILTENBERG, LLP

    By: /s/ Gabrielle Vinci
        **Andrew T. Miltenberg, Esq.**
        **Gabrielle M. Vinci, Esq.**

363 Seventh Avenue | 5th Floor | New York, NY | 10001 | T: 212.736.4500

101 Federal Street | 19th Floor | Boston, MA | 02110 | T: 617.209.2188

4 Palo Alto Square | 3000 El Camino Real | Suite 200 | Palo Alto, CA | 94306 | T: 650.209.7400



363 Seventh Avenue | 5th Floor | New York, NY | 10001 | T: 212.736.4500

101 Federal Street | 19th Floor | Boston, MA | 02110 | T: 617.209.2188

4 Palo Alto Square | 3000 El Camino Real | Suite 200 | Palo Alto, CA | 94306 | T: 650.209.7400