**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PRINCESS MALCOLM,

        Plaintiff,

v.                                           Case No.: 6:21-cv-453-WWB-EJK

FLORIDA CAREER COLLEGE,
INTERNATIONAL EDUCATION
CORPORATION and IEC U.S.
HOLDINGS, INC.,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon periodic review.  Plaintiff Princess Malcolm has yet again failed to comply with the Court's Order (Doc. 32) of June 21, 2021, directing Plaintiff to file a report as to the status of arbitration on or before December 20, 2021, and every 180 days thereafter, until resolved.  Plaintiff has yet to timely file a single status report and has, once again, ignored the deadline to do so.  (*See* Doc. Nos. 33, 38, 40).  Plaintiff has been repeatedly warned that failure to comply with Court orders can result in dismissal of this case.  (*See id.*).

Accordingly, it is **ORDERED** that this case is **DISMISSED without prejudice**.  The Clerk is directed to lift the stay and close this case.

**DONE AND ORDERED** in Orlando, Florida on September 19, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE


Copies furnished to:

Counsel of Record